# Court of Appeals
# of the State of Georgia

ATLANTA, __January 04, 2021__

*The Court of Appeals hereby passes the following order:*

**A21A0426. ACP PEACHTREE CENTER, LLC v. LISA M. RUEDE.**
**A21A0427. SPRING STREET RESTAURANT GROUP, LLC v. LISA M. RUEDE.**
**A21A0428. LISA M. RUEDE v. ACP PEACHTREE CENTER, LLC et al.**

The appellants in the above-styled cases have moved to withdraw the appeals on the basis that the parties have settled their dispute. The motion to withdraw filed in each case is GRANTED, and these appeals are hereby WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/04/2021__*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*